[Nos. 20501-1-III; 20860-5-III;   Division Three.   July 31, 2003.]
21457-5-III.

WESTWAY CONSTRUCTION, INC., ET AL., *Appellants*, v. BENTON COUNTY, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for Benton County, No. 00-2-01233-8, Robert G. Swisher, J., entered August 20, 2001, and January 11 and August 22, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 21116-9-III.   Division Three.   July 31, 2003.]

*In the Matter of* ROSE SCHULTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-00942-1, Robert D. Austin, J., entered April 12, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.

[No. 21148-7-III.   Division Three.   July 31, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KENDRA LYNN WATT, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00548-4, Carolyn A. Brown, J., entered May 22, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 21151-7-III.   Division Three.   July 31, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ALLEN PIRTLE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 02-1-00013-9, Larry M. Kristianson, J., entered May 3, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.